# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133916

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GWANJUN KIM and KEESOO KIM,
     Plaintiffs-Appellants,

v

RONALD WERNETTE, JR., and
BON GOU LEE,
     Defendants-Appellees.

SC: 133916
COA: 277362
Kent CC: 07-000187-CZ

_____/

     On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk